**Order entered March 25, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01132-CR

**TONNIEL MARQUIS BROWN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F18-11801-U**

## ORDER

The State's motion to extend the time to file the State's accompanying brief is GRANTED, and the clerk of the court is ordered to file the State's brief tendered to the Court.

/s/    LANA MYERS
        JUSTICE